# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DANA MAREK**                                                                          **PLAINTIFF**

VS.                              No. 4:24-cv-01134 PSH

**COMMISSIONER,**
   **Social Security Administration**                                       **DEFENDANT**

## ORDER

Defendant Commissioner of Social Security, in his unopposed motion for voluntary remand (Doc. No. 13), requests this case be reversed and remanded for further administrative proceedings. For good cause shown, this motion is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 21st day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE