IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANA MAREK**                                                      **PLAINTIFF**

**VS.**                **No. 4:24-cv-01134 PSH**

**COMMISSIONER,**
**Social Security Administration**                            **DEFENDANT**

**ORDER**

Counsel for plaintiff Dana Marek ("Marek") filed a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Doc. No. 16. In response, defendant Commissioner of the Social Security Administration does not object to the requested EAJA fee of $6,073.20. Doc. No. 17.

The motion is granted, and the EAJA award in the amount of $6,073.20 is approved. There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Marek, and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Marek, in care of her attorney, Leah M. Golden, and shall mail the check to Ms. Golden at her Hughes Springs, Texas address.

The motion for attorney fees (Doc. No. 16) is granted.

IT IS SO ORDERED this 30th day of June, 2025.

```
                              _____
                              UNITED STATES MAGISTRATE JUDGE
```